# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Civil Action Number:  6:18-cv-00255-RTBD-TBS

JOEL PRICE,

    Plaintiff,

v.

FLORIDA CAPITAL BANK, N.A.
d/b/a www.floridacapitalbank.com,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Joel Price, and Defendant, Florida Capital Bank, N.A., hereby give notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulation of dismissal with this Court.

Dated:  March 23, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ John Edmund Duvall* |
| Scott R. Dinin, Esq. | John Edmund Duvall |
| Scott R. Dinin, P.A. | Ford Harrison |
| 4200 NW 7th Avenue | 225 Water Street, Suite 710 |
| Miami, Florida 33127 | Jacksonville, Florida 32202 |
| Tel: (786) 431-1333 | Tel: 904-357-2000 |
| Fax: (786) 513-7700 | Fax: 305-357-2001 |
| E-mail: inbox@dininlaw.com | E-mail: jduvall@fordharrison.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1