UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE,

    Plaintiff,

v.                                                         Case No. 6:18-cv-255-Orl-37TBS

FLORIDA CAPITAL BANK, N.A.,

    Defendant.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Settlement filed March 23, 2018 (Doc. 7) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 27, 2018.

-1-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record